**Buchanan Ingersoll & Rooney** LLP
Attorneys & Government Relations Professionals

**Susan E. Seabrook**
202-452-5777
susan.seabrook@bipc.com

1700 K Street, N.W., Suite 300
Washington, DC 20006-3807
T 202-452-7900
F 202-452-7989
www.bipc.com

June 16, 2016

**Filed Via ECF**
Ms. Margaret Carter
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

> *Re: WAL-MART PUERTO RICO, INC., v. JUAN C. ZARAGOZA-GOMEZ, in his official capacity as Secretary of the Treasury of the Commonwealth of Puerto Rico, Case Nos. 16-1370, 16-1406*

Dear Ms. Carter,

Pursuant to this Court's request at oral argument of the above-referenced matter on June 6, 2016, and consistent with the Federal Rule of Appellate Procedure 28(j), the Commonwealth of Puerto Rico hereby identifies in the attached list at **Attachment A** the Supreme Court line of precedent that establishes the following conditions precedent to a taxpayer's standing to challenge an income tax law (either via a refund action or a non-refund action used as a vehicle for a collateral attack):

- The taxpayer's annual taxable period must be closed such that the books and records are complete; each taxable year must be treated as a separate unit, and all items of gross income and deduction must be reflected in terms of their posture at the close of such year;

- The taxpayer must calculate its income tax, file its income tax return with the proper taxing authority, and pay the amount of income tax in full; and

June 16, 2016
Page - 2 -

- A payment of estimated income tax, or any installment thereof, is considered payment on account of income tax liability for the taxable year for which the estimate is made.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, on June 16, 2016.

By: */s/ Susan E. Seabrook*
H. Marc Tepper
Susan E. Seabrook
Buchanan Ingersoll & Rooney PC
U.S.C.A. Nos. 99941, 1174383
1700 K Street, N.W., Suite 300
Washington, DC  20006
Telephone:  (202) 452-7900
Facsimile: (202) 452-7989
marc.tepper@bipc.com
susan.seabrook@bipc.com

By: */s/ Margarita L. Mercado-Echegaray*
Margarita L. Mercado-Echegaray
Solicitor General
Susana Peñagarícano-Brown
Assistant Solicitor General
Department of Justice
Commonwealth of Puerto Rico
U.S.C.A. Nos. 1140532, 94233
P.O. Box 9020192
San Juan, PR   00902-0192
Telephone: (787) 724-2165
Facsimile: (787) 724-3380
marmercado@justicia.pr.gov
spenagaricano@justicia.pr.gov

*Attorneys for Defendant-Appellant*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this letter contains no more than 350 words.

/s/ Susan E. Seabrook
Susan E. Seabrook

# CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2016, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Neal Manne
Joseph S. Grinstein
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

Shawn Rabin
Steven M. Shepard
SUSMAN GODFREY LLP
560 Lexington Avenue, Fifteenth Floor
New York, New York 10022-6828

Juan A. Marqués-Díaz (Bar No. 17203)
Francisco G. Bruno (Bar No. 41059)
Alejandro J. Cepeda-Diaz (Bar No. 1134276)
McCONNELL VALDÉS LLC
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-2619/5608
Fax: (787) 759-2772/620-8325

*Attorneys for Plaintiff-Appellee*


*/s/ Susan E. Seabrook*
Susan E. Seabrook

# Attachment A

1. *United States v. Consolidated Edison Company of New York, Inc.* 366 U.S. 380, 384-85 (1961).
    a. *Burnet v. Sanford & Brooks Co.*, 282 U.S. 359, 363 (1931), cited with approval in *Bartlett v. Delaney*, 173 F.2d 535, 539 (1st Cir. 1949).
    b. *Commissioner of Internal Revenue v. Sunnen*, 333 U.S. 591, 598 (1948), cited with approval in *U.S. v. Rexach*, 482 F.2d 10, 19 (1st Cir. 1973).

2. *Flora v. U.S.*, 362 U.S. 145, 146 and 177 (1960).
    a. *Florsheim Bros. Drygoods Co., Ltd. v. United States*, 280 U.S. 453, 464 (1930).
    b. *McMillen v. U.S. Department of Treasury*, 960 F.2d 187, 189 (1st Cir. 1991).
    c. *Diversified Group, Inc. et al. v. U.S.*, 123 Fed. Cl. 442, 451 (2015), citing *Rocovich v. United States*, 933 F.2d 991 (Fed. Cir. 1991).

3. *Baral v. U.S.*, 528 U.S. 431, 436-37 (2000).

4. *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540, 1547-48 (2016).