No. 16-1370; No. 16-1406
_____

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
_____

WAL-MART PUERTO RICO, INC.
Plaintiff - Appellees

v.

JUAN C. ZARAGOZA-GÓMEZ, in his official capacity as Secretary of the Treasury of the Commonwealth of Puerto Rico,

Defendants-Appellants.
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
_____

# MOTION TO STRIKE APPELLEE'S FRAP 28(j) LETTER

**TO THE HONORABLE COURT:**

    **COMES NOW,** Defendant-Appellant Juan C. Zaragoza-Gómez, as the Secretary of the Treasury of the Commonwealth of Puerto Rico, in his official capacity ("Commonwealth"), and respectfully moves to strike Wal-Mart PR's Citation of Supplemental Authority. In support of this Motion, the Commonwealth states as follows:

    1.    Today, Appellee Wal-Mart PR filed a letter, purportedly pursuant to Appellate Rule 28(j), informing that it has filed with the Commonwealth's Treasury Department, its "tax return for Fiscal Year ending January 31, 2016."

2. All but the first sentence of Wal-Mart PR's filing should be stricken from the record as it seeks to supplement the record by presenting this Court with information and arguments that go beyond the scope of the evidence and arguments presented in the trial court and before this Honorable Court.

3. As this Honorable Court is aware, the District Court entered its opinion and order in favor of Wal-Mart PR on March 28, 2016. At that time, at the latest, the evidentiary record closed. Briefing in this expedited appeal was completed in June 2016. Oral argument was held on June 6, 2016.

4. At oral argument, this Honorable Court directed Wal-Mart PR to keep the Court informed as to the date of the filing of its tax return. On June 22, 2016, Wal-Mart PR complied with that order by informing the Court that it would file its tax return on or before August 15, 2016. See Letter from Joseph Grinstein, counsel for Appellee, to Margaret Carter, Clerk of Court, dated June 22, 2016.

5. On Friday, August 12, 2016, counsel for Wal-Mart PR contacted counsel for Defendant-Appellant to seek consent to supplement the record.

6. Counsel for the Commonwealth did not consent to Wal-Mart PR's verbal request.

7. On August 15, 2016, Wal-Mart PR nonetheless filed a letter, denominated as a Citation of Supplemental Authorities Pursuant to FRAP 28(j), notwithstanding the Commonwealth's clear objections.

8.     The Commonwealth respectfully moves this Court to strike Wal-Mart PR's letter of "supplemental authority" as filed today. This Court's instruction that Wal-Mart PR keep it apprised of the "status" of Wal-Mart PR's tax return did not reopen the evidentiary record of this appeal or otherwise invite Wal-Mart PR to use the filing of its tax return as grounds to offer additional and new evidence regarding its self-determined tax liabilities for Fiscal Year 2015.

9.     Wal-Mart PR's filing is particularly improper given that it purports to introduce new data regarding Wal-Mart PR's tax liability. The tax return, however, was filed only today. The Secretary of the Treasury, therefore, has not had the opportunity to audit Wal-Mart PR's tax return to determine the accuracy of Wal-Mart PR's claims. That is, the Secretary cannot offer a meaningful, substantive response to Wal-Mart PR's so-called "supplemental authority."

10.    Additionally, as the Commonwealth has consistently argued, Wal-Mart PR lacked standing to pursue this case precisely because it did not comply with the prior "full payment" rule that applies to all taxpayers who seek to challenge an income tax statute such as the one here at issue. *See e.g.*, *Flora v. U.S.*, 362 U.S. 145, (1960). The fact that Wal-Mart PR filed its tax return eight (8) months after initiating litigation in federal court, confirms that the suit, as filed, should have been dismissed at the outset as lacking a true controversy.

11. It is wholly improper and contrary to basic principles of appellate law and procedure to allow Wal-Mart PR to use a 28(j) letter reserved for citation of supplemental authorities, to reopen the presentation of evidence that is ultimately irrelevant to the issue of standing and Butler Act jurisdiction. *Meeks v. United States*, 742 F.3d 841, 844 (8th Cir. 2014) ("Rule 28(j) is not a procedure for supplementing the record on appeal and we disregard the government's Rule 28(j) letter insofar as it includes material outside the 28(j) limitations."); *Keith v. Koerner*, 707 F.3d 1185, 1190 (10th Cir. 2013) ("The material submitted [via appellee's Rule 28(j) letter]—correspondence from the federal government—is not proper new authority but rather additional evidence not submitted to the district court. Therefore, we do not consider it."); *United States v. Rosario-Peralta*, 175 F.3d 48, 56 (1st Cir. 1999) ("It is elementary that evidence cannot be submitted for the first time on appeal.").

**WHEREFORE,** Commonwealth respectfully requests that this Court strike from the record Wal-Mart PR's Rule 28(j) letter that was filed today.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 15th day of August, 2016.

By: */s/ H. Marc Tepper*
H. Marc Tepper
Susan E. Seabrook
Buchanan Ingersoll & Rooney PC
U.S.C.A. Nos. 99941, 1174383
1700 K Street, N.W., Suite 300
Washington, DC  20006
Telephone:  (202) 452-7900
Facsimile: (202) 452-7989
marc.tepper@bipc.com

By: */s/ Margarita L. Mercado-Echegaray*
Margarita L. Mercado-Echegaray
Solicitor General
Department of Justice
Commonwealth of Puerto Rico
U.S.C.A. Nos. 1140532, 94233
P.O. Box 9020192
San Juan, PR   00902-0192
Telephone: (787) 724-2165
Facsimile: (787) 724-3380
marmercado@justicia.pr.gov

*Attorneys for Defendant-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2016, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Neal Manne
Joseph S. Grinstein
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

Shawn Rabin
Steven M. Shepard
SUSMAN GODFREY LLP
560 Lexington Avenue, Fifteenth Floor
New York, New York 10022-6828

Juan A. Marqués-Díaz (Bar No. 17203)
Francisco G. Bruno (Bar No. 41059)
Alejandro J. Cepeda-Diaz (Bar No. 1134276)
McCONNELL VALDÉS LLC
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-2619/5608
Fax: (787) 759-2772/620-8325

*Attorneys for Plaintiff-Appellee*

                                                                                               /s/ H. Marc Tepper
                                                                                               H. Marc Tepper