# United States Court of Appeals
## For the First Circuit

Nos. 16-1370; 16-1406

WAL-MART PUERTO RICO, INC.

Plaintiff - Appellee

v.

JUAN C. ZARAGOZA-GOMEZ, in his official capacity as Secretary of the Treasury of the Commonwealth of Puerto Rico

Defendant - Appellant

**ORDER OF COURT**

Entered: August 16, 2016

Appellant's motion to strike Appellee's 28(j) letter filed August 15, 2016 is denied.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Neal Manne
Joseph Grinstein
Juan Marques-Diaz
Francisco Bruno-Rovira
Shawn Rabin
Alejandro Cepeda-Diaz
Steven Shepard
Jose Gonzalez-Castaner
Susana Penagaricano Brown
Roberto Fernandez-Quiles
H. Marc Tepper
Margarita Mercado-Echegaray
Susan Seabrook
Giselle Lopez Soler
Carmine Boccuzzi, Jr.